**F I L E D**
CLERK, U.S. DISTRICT COURT
06/26/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DANIEL STEVEN BRANDELLI,<br>　aka "DeathBlade008,"<br>　aka "dan_bloop,"<br><br>　　　　　Defendant. | No. 8:24-cr-00082-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b): Attempted Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 2251(a), (e): Attempted Production of Child Pornography; 18 U.S.C. § 2260A: Commission of a Felony Offense Involving a Minor While Required to Register as a Sex Offender; 18 U.S.C. § 2253 and 18 U.S.C. § 2428: Criminal Forfeiture] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

　　Beginning on a date unknown to the Grand Jury, but no later than on or about May 21, 2023, and continuing to at least on or about July 13, 2023, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, also known as ("aka") "DeathBlade008," aka "dan_bloop," used a facility

and means of interstate and foreign commerce, namely, the Internet, to knowingly attempt to persuade, induce, and entice a person who had not yet attained the age of 18 years, namely, a person he believed to be Minor Victim One, whom defendant BRANDELLI knew and believed to be under the age of 18, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Lewd or Lascivious Act Upon a Child Under 16, in violation of California Penal Code Section 288(c)(1), and Unlawful Sexual Intercourse with a Person Under 16, in violation of California Penal Code Section 261.5(d).

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning on a date unknown to the Grand Jury, but no later than on or about May 21, 2023, and continuing to at least on or about July 13, 2023, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," used a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly attempt to persuade, induce, and entice a person who had not yet attained the age of 18 years, namely, a person he believed to be Minor Victim One, whom defendant BRANDELLI knew and believed to be under the age of 18, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).

Case 8:24-cr-00082-DOC   Document 1   Filed 06/26/24   Page 4 of 13   Page ID #:4


|   |   |
|---|---|
| 1 | COUNT THREE |
| 2 | [18 U.S.C. §§ 2251(a), (e)] |

On or about June 1, 2023, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," knowingly attempted to employ, use, persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

Defendant BRANDELLI's commission of the above-described offense occurred subsequent to defendant BRANDELLI's conviction under the laws of the State of California for a violation of California Penal Code Section 311.11(a), Felony Possession or Control of Child Pornography, California Penal Code Section 288.2(a)(1), Felony Harmful Matter Sent to Minor with Intent of Seduction, and California Penal Code Section 288.3(a), Felony Luring of a Child with Intent to Commit Specified Crime, in the Superior Court of Orange County, Docket Number 14HF1528, on or about February 26, 2015; and subsequent to defendant BRANDELLI's conviction for Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), in the United States District Court for the Central District of California, case number 8:19-CR-00048-DOC-1, on or about September 23, 2019.

COUNT FOUR

[18 U.S.C. §§ 2251(a), (e)]

On or about June 5, 2023, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," knowingly attempted to employ, use, persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

Defendant BRANDELLI's commission of the above-described offense occurred subsequent to defendant BRANDELLI's conviction under the laws of the State of California for a violation of California Penal Code Section 311.11(a), Felony Possession or Control of Child Pornography, California Penal Code Section 288.2(a)(1), Felony Harmful Matter Sent to Minor with Intent of Seduction, and California Penal Code Section 288.3(a), Felony Luring of a Child with Intent to Commit Specified Crime, in the Superior Court of Orange County, Docket Number 14HF1528, on or about February 26, 2015; and subsequent to defendant BRANDELLI's conviction for Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), in the United States District Court for the Central District of California, case number 8:19-CR-00048-DOC-1, on or about September 23, 2019.

COUNT FIVE

[18 U.S.C. §§ 2251(a), (e)]

On or about June 8, 2023, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," knowingly attempted to employ, use, persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

Defendant BRANDELLI's commission of the above-described offense occurred subsequent to defendant BRANDELLI's conviction under the laws of the State of California for a violation of California Penal Code Section 311.11(a), Felony Possession or Control of Child Pornography, California Penal Code Section 288.2(a)(1), Felony Harmful Matter Sent to Minor with Intent of Seduction, and California Penal Code Section 288.3(a), Felony Luring of a Child with Intent to Commit Specified Crime, in the Superior Court of Orange County, Docket Number 14HF1528, on or about February 26, 2015; and subsequent to defendant BRANDELLI's conviction for Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), in the United States District Court for the Central District of California, case number 8:19-CR-00048-DOC-1, on or about September 23, 2019.

COUNT SIX

[18 U.S.C. § 2422(b)]

Beginning on or about April 24, 2024, and continuing to at least on or about May 29, 2024, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," used a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly attempt to persuade, induce, and entice a person whom defendant BRANDELLI believed to be a minor who had not yet attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT SEVEN

[18 U.S.C. §§ 2251(a), (e)]

On or about April 25, 2024, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," knowingly attempted to employ, use, persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

Defendant BRANDELLI's commission of the above-described offense occurred subsequent to defendant BRANDELLI's conviction under the laws of the State of California for a violation of California Penal Code Section 311.11(a), Felony Possession or Control of Child Pornography, California Penal Code Section 288.2(a)(1), Felony Harmful Matter Sent to Minor with Intent of Seduction, and California Penal Code Section 288.3(a), Felony Luring of a Child with Intent to Commit Specified Crime, in the Superior Court of Orange County, Docket Number 14HF1528, on or about February 26, 2015; and subsequent to defendant BRANDELLI's conviction for Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), in the United States District Court for the Central District of California, case number 8:19-CR-00048-DOC-1, on or about September 23, 2019.

## COUNT EIGHT

[18 U.S.C. § 2260A]

Beginning on a date unknown to the Grand Jury, but no later than on or about May 21, 2023, and continuing to at least on or about July 13, 2023, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," being required by Federal and California law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Sections 2422(b) and 2251(a), (e), namely, Attempted Enticement of a Minor to Engage in Criminal Sexual Activity, as charged in Counts One and Two of this Indictment, and Attempted Production of Child Pornography, as charged in Counts Three, Four, and Five of this Indictment.

## COUNT NINE

### [18 U.S.C. § 2260A]

Beginning on or about April 24, 2024, and continuing to at least on or about May 29, 2024, in Orange County, within the Central District of California, and elsewhere, defendant DANIEL STEVEN BRANDELLI, aka "DeathBlade008," aka "dan_bloop," being required by Federal and California law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Sections 2422(b) and 2251(a), (e), namely, Attempted Enticement of a Minor to Engage in Criminal Sexual Activity, as charged in Count Six of this Indictment, and Attempted Production of Child Pornography, as charged in Count Seven of this Indictment.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 2428]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2428, in the event of the defendant's conviction of the offense set forth in Counts One, Two, and Six of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)  All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of any such offense;

(b)  All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from any such offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 2253]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offenses set forth in any of Counts Three, Four, Five and Seven of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a) All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in any such offense;

(b) All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

(c) All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant, if so convicted, shall forfeit substitute property, up to

the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

[signature]

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

KEVIN Y. FU
Assistant United States Attorney
Santa Ana Branch Office